UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:06-cv-00835 |
| ) | Magistrate E. Clifton Knowles |
| PAULA KILGORE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| DOCTORS' DIET PROGRAM, INC., ) | |
| ) | |
| Garnishee. ) | |

**CONTINUING WRIT OF GARNISHMENT**

To: Doctors' Diet Program, Inc.
Attention: Payroll
205 29th Ave N
Nashville, TN 37203

This matter is before the Court on the application for a Continuing Writ of Garnishment against the earnings of Paula Kilgore, defendant, which was filed by the United States of America.

Whereupon the Court, having considered the application for a writ of garnishment against the earnings of the defendant Paula Kilgore, now finds that the requirements of 28 U.S.C. §3205 are satisfied and that an appropriate writ of garnishment shall, and hereby does, issue.

IT IS THEREFORE ORDERED THAT:

1. A judgment was entered with the U.S. District Court for the Middle District of Tennessee on March 1, 2007, against the above-named defendant in the amount of $15,807.09 with 5.05% interest. The balance of that judgment as of December 18, 2013 is $22,578.89.

2. The Garnishee, Doctors' Diet Program, Inc., is required by law to answer this

Writ in writing, under oath, within ten (10) days.

3. The Garnishee shall withhold and retain any property or earnings which the debtor has a substantial nonexempt interest and for which the Garnishee are or may become indebted to the judgment debtor pending further order of this Court.

4. The original written answer to this writ must be filed within ten (10) days of service of the writ with the United States District Clerk at: Clerk, United States District Court, 800 United States Courthouse, 801 Broadway, Nashville, Tennessee 37203.

5. Copies of the answer must also be served upon the debtor, Paula Kilgore, and upon the Assistant United States Attorney, Michael L. Roden, 9th Floor, U. S. Courthouse, 110 9th Avenue South, Suite A-961, Nashville, TN 37203.

6. Pursuant to 28 U.S.C. §3205(c)(3), the United States shall serve the Garnishee and the Judgment Defendant with copies of this Writ of Garnishment and shall certify to the Court that such service was made. The writ shall be accompanied by the instructions required by 28 U.S.C. §3205(c)(3)(A) & (B).

IT IS SO ORDERED.

Date: _____     _____
UNITED STATES MAGISTRATE JUDGE

Copies to:
Michael L. Roden 010595
Assistant United States Attorney
Office of the United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
Telephone: 615-736-5151